# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**WILLIE MAE CONOR**                                                **PLAINTIFF**

**V.**                                    **2:07CV00085**

**METROPOLITAN LIFE INSURANCE**
**COMPANY**                                                 **DEFENDANT**

**V.**

**SANDRA R. CONOR, JANET CONOR**
**AND ZENNIE M. MILLER**                               **THIRD-PARTY**
                                                                        **DEFENDANTS**

## **ORDER**

For the reasons stated on the record in the hearing held on this date, the motions of Metropolitan Life Insurance Company for default judgment against third-party defendants, Zennie M. Miller and Sandra R. Conor are GRANTED. (Docket #'s 29 and 30). The Court finds that Zennie M. Miller and Sandra R. Conor have waived any claim to the benefits at issue in this matter. Any claims asserted by them are hereby denied.

IT IS SO ORDERED this 25th day of January, 2008.

_____
James M. Moody
United States District Judge